*w*

DISMISS; Opinion filed September 10, 2012.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00670-CV

### MINER FLEET MANAGEMENT GROUP, LLC AND
### UNITED STATES EMERGENCY GLASS COMPANY, INC., Appellants

### V.

### CHRISTINA K. NORTH AND ASAP GLASS & DOOR, L.L.C., Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-02826**

## MEMORANDUM OPINION

Before Justices Morris, Moseley, and Myers
Opinion By Justice Myers

Before the Court is the parties' joint motion to dismiss the appeal. The parties inform the Court that they have settled their differences. Accordingly, we grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

_____
LANA MYERS
JUSTICE

120670F.P05





# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MINER FLEET MANAGEMENT GROUP, LLC AND UNITED STATES EMERGENCY GLASS COMPANY, INC., Appellants

No. 05-12-00670-CV          V.

CHRISTINA K. NORTH AND ASAP GLASS & DOOR, L.L.C., Appellees

Appeal from the 116th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. 12-02826).
Opinion delivered by Justice Myers, Justices Morris and Moseley, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of the appeal.

Judgment entered September 10, 2012.

_____
LANA MYERS
JUSTICE

# Record Retention Form – Civil Cases

APPELLATE CASE NO: 05-12-00670-CV

STYLE  Miner Fleet Management Group, LLC, et al. v. Christina K. North, et al.

COUNTY:  Dallas

CASE DISPOSITION & DATE:  Dismiss

DESCRIPTION/SUBJECT OF THE CASE :  Appeal dismissed
on the parties' joint motion.

RECOMMENDATIONS:   | x | DESTROY      |  | RETAIN (see retention list below)

|  |    Appeal concerning election questions (all),

|  |    Appeal concerning landmark legal opinions,

|  |    Appeal that contains unique information on the area's history or concerning important public figures or events.  List pertinent information above, i.e., person's name, or event, etc.

SIGNED: _____

DATE: _____ 9-10-12 _____          SERIES NO.: _____